COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-248-CV

VASANA LUPTON AND APPELLANTS/APPELLEES

AVIS RENT-A-CAR SYSTEM, INC.,

A/K/A PV HOLDINGS, INC.

V.

AVIS RENT-A-CAR SYSTEM, INC.,      APPELLEES/APPELLANTS

A/K/A PV HOLDINGS, INC. AND

VASANA LUPTON 

----------

FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the “Joint Motion to Dismiss Appeal.”  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 T
EX.
 R. A
PP.
 P. 42.1(a)(2), 43.2(f).

The parties shall bear their costs of appeal, for which let execution issue. 

PER CURIAM

PANEL D: CAYCE, C.J.; LIVINGSTON and DAUPHINOT, JJ.

DELIVERED: December 15, 2005

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.